E-FILED
Monday, 10 September, 2018  02:21:17 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF ILLINOIS

# PEORIA DIVISION



FILED

SEP 1 0 2018

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

ARAMIS JACKSON,

               Plaintiff.             Case No. 17-CV-1129

       V.

CITY OF PEORIA,

               Defendants.

---

**MOTION TO COMPEL**

---

1. I served the City of Peoria with a request for production of documents Andreainterrogatories on July 25, 2018.  I have included with this emotion duplicates of the request for production of documents and interrogatories(I did not keep a copy of the originals). A copy of the original proof of service which I did for each are also included.

2. On August 29, 2018, I sent the city's attorney a letter asking her to send me the responses by September 3, 2018 because I had not yet received any response. A copy of this letter is included.

3. I still have not received any response to any of my request or my letter.

4. I request that the court compare the city to produce the requested documents in answers to interrogatories because they are overdue in the city's attorney has not responded to me about these matters.

Aramis Jackson
928 E Maywood
Peoria, IL 61603
309-573-1412
Aramisjackson@icloud.com

**PROOF OF SERVICE**

The undersigned hereby certifies that Plaintiff's Motion to Compel has been served upon the City's attorney by enclosing it in an envelope addressed as follows, with postage fully prepaid, and giving it to the United States Postal Service in Peoria, Illinois on September 10, 2018:

Chrissie L Peterson
Senior Attorney
City of Peoria Legal Department
419 Fulton Street, #200
Peoria, IL 61602
Telephone:  (309) 494-8590
Fax:  (309) 494-8559
Email: Cpeterson@peoriagov.org

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# PEORIA DIVISION

ARAMIS JACKSON,

                    Plaintiff.                 Case No. 17-CV-1129

        V.

CITY OF PEORIA,

                    Defendant.


| PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |
|---|

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, I request production of the following documents at 928 E. Maywood, Peoria, IL, 61603 within 30 days after service of this request.

## DOCUMENT REQUESTS

**REQUEST NO. 1:** All documents related to my employment with the City, including my personnel file and any personnel documents related to me.

**REQUEST NO. 2:** All documents considered or relied upon by any decision maker in making the decision to terminate my employment with the City.

**REQUEST NO. 3:** All statements by any witnesses relating to my employment with the City or this lawsuit.

**REQUEST NO. 4:** The personnel files of any person identified on the City's Rule 26(a)(1) disclosures and Ellen Rosenbaum.

**REQUEST NO. 5:** Job descriptions for those persons identified on the City's Rule 26(a)(1) disclosures.

**REQUEST NO. 6:** All organizational charts related to the Public Works department during the time of my employment.

**REQUEST NO. 7:** All personnel and or employment related handbooks, policies, procedures, manuals, rules or regulations relating to employees of the public works department that was in effect during the time I was employed by the City.

**REQUEST NO. 8:** All documents related to any complaint made by anyone regarding race discrimination, racial harassment, or hostile work environment on the basis of race, by any employee, agent, and/or official of the public works department of the City Of Peoria from January 1, 2013 through the present.

**REQUEST NO. 9:** All documents related to any charge of race discrimination or harassment filed against the City Of Peoria with the Illinois Department of Human Rights and/or EEOC from January 1, 2013 to the present.

**REQUEST NO.10:** All documents related to any anti-harassment, and/or discrimination policy or training provided by the City to the managers and/or employees of the public works department from 2014 to now.

2

**REQUEST NO. 11:** All agendas, minutes and other records showing any communication with or by the City Council or any of its members relating to race discrimination or potential race discrimination in the Public Works department of the City of Peoria from January 1, 2013 to the present.

**REQUEST NO. 12:** All records showing why any probationary employee of the Public Works department was terminated by the City between January 1, 2013 and the present.

**REQUEST NO. 13:** All records related to the termination of employment of any black employee of the Public Works department from January 1, 2013 to the present.

Dated in Peoria, Illinois this 25th day of July 2018.

Respectfully submitted,

Aramis Jackson, Plaintiff

3

## **PROOF OF SERVICE**

The undersigned hereby certifies that Plaintiff's Request for Production of Documents has been served upon the City's attorney by enclosing it in an envelope addressed as follows, with postage fully prepaid, and giving it to the United States Postal Service in Peoria, Illinois on July 25, 2018:

Chrissie L Peterson
Senior Attorney
City of Peoria Legal Department
419 Fulton Street, #200
Peoria, IL 61602
Telephone:  (309) 494-8590
Fax:  (309) 494-8559
Email: Cpeterson@peoriagov.org

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF ILLINOIS

# PEORIA DIVISION

ARAMIS JACKSON,

           Plaintiff.                Case No. 17-CV-1129

      V.

CITY OF PEORIA,

           Defendants.

---

**PLAINTIFF'S FIRST CONTINUING SET OF INTERROGATORIES DIRECTED TO DEFENDANTS CITY OF PEORIA**

---

Pursuant to rule 33 of the federal rules of civil procedure, I request that the City Of Peoria answer the following interrogatories under oath within 30 days of service hereof.

**INTERROGATORY NO. 1:**  Identify all persons who participated in anyway in making the decision to terminate my employment. What do each person do? How to each person participate.

**INTERROGATORY NO. 2:**  Identify all reasons relied upon to terminate my employment in 2016 and state all significant facts relied upon in support of these reasons.

**INTERROGATORY NO. 3:** Identify every witness the City believes has knowledge relating to my claims of race discrimination defense in this case. For each witness, State the significant information the City believes the witness has.

**ANSWER:**

**INTERROGATORY NO. 4:** Identify all persons the city has communicated with about my job performance or termination.

**ANSWER:**

**INTERROGATORY NO. 5:** If I had not been terminated how much would I have earned in wages and benefits as a full-time employee?

**ANSWER:**

**INTERROGATORY NO. 6:** During the time of my employment was my work ever unsatisfactory? If so please describe:
   a) Each date on which my work was not satisfactory;
   b) Describe why and how my work was not satisfactory
   c) Whether any written record exist of when my work was not satisfactory

**ANSWER:**

**INTERROGATORY NO. 7:** Identify all employees of the public works department from January 1, 2014 to the present. For each identify:
   a) The individuals race;
   b) The time period of employment;
   c) The title/position;
   d) Whether the individual was ever discipline between January 1, 2013 and the present, and if so, why;
   e) If the individual is no longer employed, why not?

**ANSWER:**

**INTERROGATORY NO. 8:** Identify any complaints receive by the City concerning race discrimination against or by any of its employees from January 1, 2013 until

now. For each what is the employees name, position, and describe the discrimination reported and what response the city took and what was the resolution of the complaint.

**ANSWER:**

**INTERROGATORY NO. 9:**  If you deny that I was discriminated against on the basis of my race, identify our significant facts that support you're in denial.

**ANSWER:**

Dated in Peoria, Illinois this 25th day of July 2018.

Respectfully submitted,

Aramis Jackson, Plaintiff

## PROOF OF SERVICE

The undersigned hereby certifies that Plaintiff's Request for Interrogatories has been served upon the City's attorney by enclosing it in an envelope addressed as follows, with postage fully prepaid, and giving it to the United States Postal Service in Peoria, Illinois on July 25, 2018:

Chrissie L Peterson
Senior Attorney
City of Peoria Legal Department
419 Fulton Street, #200
Peoria, IL 61602
Telephone:  (309) 494-8590
Fax:  (309) 494-8559
Email: Cpeterson@peoriagov.org

August 29, 2018

Chrissie L. Peterson
Senior Attorney
City of Peoria Legal Department
419 Fulton Street, #200

RE:   Jackson v. City of Peoria
        1:17-cv-01129-MMM-JEH

Dear Chrissie Peterson,

As of August 29, 2018 I have still have not received a response regarding the request for documents and the first set of interrogatories that I sent to you on July 25, 2018. If you could please send those documents to me by Sept 3, 2018 it would be greatly appreciated. I am enclosing the request for production of documents and also the first set of interrogatories.

Thank you in advance for you cooperation.

Sincerely,


Aramis Jackson