Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **ARAMIS JACKSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **Case Number: 17-1129** |
| | ) |
| **CITY OF PEORIA** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **DECISION BY THE COURT**. This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Aramis Jackson will recover from Defendant City of Peoria the sum of five thousand and one dollars ($5,001.00).

**Dated:** August 1, 2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

*mmm*